IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH WILDBERGER,
    Petitioner,

vs.                                                          3:11cv570/MCR/CJK

MICHAEL D. CREWS,
    Respondent.
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 16, 2013. (Doc. 16). The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and the court has made a de novo determination of those portions to which an objection has been made.[1]

Having considered the report and recommendation and the record, the court has determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     The petition for writ of habeas corpus (doc. 1) challenging the disciplinary conviction dated August 16, 2011 (disciplinary report log number 135-111005) is DENIED, and the clerk is directed to close the file.

---

[1] No objections have been timely filed.

3.  A certificate of appealability is DENIED.

DONE AND ORDERED this 21st day of May, 2013.


*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE